IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAHMOUD ABUHADBA,<br>　　　Petitioner<br><br>v.<br><br>TINA WALKER, Superintendent SCI-Fayette; E. DAVID CHRISTINE, JR., the District Attorney of Monroe County; and MICHELLE A. HENRY, the Attorney General of the State of Pennsylvania,<br>　　　Respondents | No. 4:23cv1586<br><br>(Judge Munley)<br><br>(Magistrate Judge Carlson) |

## ORDER

**AND NOW**, to wit, this ____ day of June 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Petitioner Mahmoud Abuhabda's objections to the report and recommendation ("R&R"), (Doc. 21), are **OVERRULED**;

2) The R&R, (Doc. 20), is **ADOPTED**;

3) Abuhadba's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**;

4) A certificate of appealability shall not issue, as Abuhadba has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable"

whether this Court's procedural ruling is correct, Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

5) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court